ACCEPTED
04-13-00548-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 4:41:31 PM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS

FOR THE

FOURTH JUDICIAL DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 4:41:31 PM
KEITH E. HOTTLE
Clerk

CAUSE NUMBER: 04/13/00548-CR

NICOLAS FLORES

Appellant

VS.

THE STATE OF TEXAS

Appellee

APPEAL FROM THE COUNTY COURT AT LAW NO. 8
BEXAR COUNTY, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

To the Honorable Court of Appeals:

Appellant, under Tex. R. App. P. 10.5(b) and 49.8, files its Motion or Extension of Time to File its Motion for Rehearing.

## I.

The County Court at Law No. 8 of Bexar County, Texas, signed the final judgment in the case styled State of Texas vs. Nicolas Flores, cause number 355026, on August 5, 2013.

## II.

On August 14, 2013, appellant filed its Notice of Appeal.

## III.

This Court issued its Opinion and Judgment on December 23, 2014.

## IV.

Appellant's Motion for Rehearing is due to be filed on January 7, 2015. Appellant requests an extension of fifteen (15) days to file its Motion for Rehearing, i.e., an extension to and including January 22, 2015.

## V.

This is Appellant's first request for an extension of time to file its Motion for Rehearing.

## VI.

Appellant needs additional time to file its Motion for Rehearing because the Court issued its Opinion and Judgment on December 23, 2014 and the office of Appellant was closed for the holidays, not leaving adequate time to prepare its Motion for Extension of Time to File its Motion for Rehearing.

For this reason, Appellant requests this Court grant an extension of time to file its Motion for Rehearing in this cause to and including January 22, 2015.

Respectfully submitted,

Stephen Foster
310 South Saint Mary's Street, Suite 2400
24th Floor, Tower Life Building
San Antonio, Texas  78205
SBN:  24005529
ATTORNEY FOR APPELLANT
NICOLAS C. FLORES

## CERTIFICATE

On this the 7th day of January, 2015, a copy of this request has been delivered to the Bexar County District Attorney's Office via ~~hand delivery~~ Fax.

_____
Stephen Foster

## CERTIFICATE OF CONFERENCE

Appellant has made a reasonable attempt to confer with counsel for the Appellee on January 7, 2015, but has been unable to determine whether the Appellee opposes the relief sought in this motion.

_____
Stephen Foster

## ORDER ON APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

On this day the_____day of_____, 2015, Appellant's

Motion to Extend Time to File Motion for Rehearing was

_____GRANTED

_____DENIED

Extension of time was granted to the_____, 2015.

_____
JUSTICE PRESIDING